IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SAMUEL PAINTER,[1] | § | |
| | § | No. 198, 2021 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CN14-02909 |
| LOUISE PAINTER, | § | Petition No. 20-25292 |
| | § | |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted:  December 17, 2021
Decided:     February 1, 2022

Before **SEITZ**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## O R D E R

After careful consideration of the briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Family Court's order dated May 28, 2021.  On appeal from a Family Court order entered after a hearing, this Court accepts the factual findings of the Family Court if they are sufficiently supported by the record and are the product of an orderly and logical deductive process.[2]  Only when the factual findings are clearly wrong and justice requires that they be overturned will this Court make contradictory findings.[3]  Moreover, when

---

[1] The Court previously assigned pseudonyms to the parties pursuant to Supreme Court Rule 7(d).
[2] *See Ruark v. Ruark*, 2003 WL 22415996 (Del. Oct. 21, 2003) (affirming Family Court's order affirming Commissioner's order that denied a petition for an order of protection from abuse).
[3] *Id.*

the determination of facts turns on a question of credibility and the acceptance or rejection of the testimony of the witnesses appearing before the trier of fact, as in this case, this Court will not substitute its own opinion for that of the trier of fact.[4] We do not find the findings of the Family Court Commissioner to be clearly wrong. We therefore find no basis for reversing the Family Court's order affirming the Commissioner's order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[4] *Id.*